McKenzie Czabaj, AZ Bar No. 036711
appearance *pro hac vice*
**Consumer Justice Law Firm PLC**
8095 North 85th Way
Scottsdale, Arizona 85258
Phone: (480) 626-2376
Email: mczabaj@consumerjustice.com

Blake Goodman, HI Bar No. 7436
**Law Offices of Blake Goodman, PC**
900 Fort Street Mall, #910
Honolulu, Hawaii 96813
Phone: (808) 828-4274
Email: blake@debtfreehawaii.com

*Attorney for Plaintiff Ellyse Ann Onishi*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF HAWAII**

| | |
|---|---|
| ELLYSE ANN ONISHI,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; AND EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | **Case No.:** 1:25-cv-00399-JMS-KJM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Ellyse Ann Onishi and Defendant Equifax Information Services, LLC ("Equifax"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as there are no remaining Defendants.

-1-

It is hereby stipulated and agreed between Plaintiff and Equifax that the above-entitled action is hereby dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. There are no remaining claims and all parties who have appeared are signing this dismissal.

   RESPECTFULLY SUBMITTED this 27th day of April 2026.

By: */s/ McKenzie Czabaj*
McKenzie Czabaj, AZ Bar No. 036711
appearance *pro hac vice*
**Consumer Justice Law Firm PLC**
8095 North 85th Way
Scottsdale, Arizona 85258
Phone: (480) 626-2376
Email: mczabaj@consumerjustice.com

By: */s/ Kathleen Cahill Slaught*
Kathleen Cahill Slaught, HI Bar #006363
**Seyfarth Shaw LLP**
560 Mission Street, 31st Floor
San Francisco, California 94105
Phone: (415) 544-1041
Fax: (415) 397-8549
Email: kslaught@seyfarth.com

Blake Goodman, HI Bar No. 7436
**Law Offices of Blake Goodman, PC**
900 Fort Street Mall, #910
Honolulu, Hawaii 96813
Phone: (808) 528-4274
Email: blake@debtfreehawaii.com

*Attorneys for Defendant*
*Equifax Information Services, LLC*

*Attorneys for Plaintiff*
*Ellyse Ann Onishi*

APPROVED AS TO FORM:



 /s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*ELLYSE ANN ONISHI v. EQUIFAX INFORMATION SERVICES, LLC*, Civil No. 1:25-cv-00399-JMS-KJM; **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 27, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

By: */s/ Gracelyn Stewart*
Gracelyn Stewart

-3-